MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELY ELIZABETH ARGUETA ALVARENGA,<br><br>          Plaintiff,<br><br>     v.<br><br>USCIS, ET AL.,<br><br>          Defendants. | CASE NO. 2:24-CV-02110 KJM-AC<br><br>ORDER |

The Defendants have requested a second extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. Upon good cause appearing, the court grants this request. The new date for Defendants to file an answer or other dispositive pleading is June 9, 2025. All other filing deadlines are similarly extended and the status conference, currently set for May 29, 2025, is vacated and reset for August 21, 2025, at 2:30 p.m. The August hearing will proceed by video conferencing through the Zoom application. The Courtroom Deputy will provide counsel with the hearing access information no less than 24 hours before the hearing.

   IT IS SO ORDERED.

DATED: May 6, 2025.

UNITED STATES DISTRICT JUDGE