MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMELY ELIZABETH ARGUETA ALVARENGA,<br><br>                              Plaintiff,<br><br>       v.<br><br>USCIS, ET AL.,<br><br>                              Defendants. | CASE NO. 2:24-CV-02110 KJM-AC<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |

   The Defendants respectfully request a third extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview and adjudication of Plaintiff's pending asylum application, which was filed in 2018. Since the filing of the complaint, USCIS has conducted Plaintiff's asylum interview. USCIS is continuing to work on the adjudication of Plaintiff's application. Once the application is adjudicated this case will be moot. If USCIS is unable to complete its adjudication within the next 30 days, Defendant will prepare and file a response to the complaint.

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is July 9, 2025.

Respectfully submitted,

Dated:  June 6, 2025                              MICHELE BECKWITH
                                                  Acting United States Attorney

                                           By:    /s/ SHELLEY D. WEGER
                                                  SHELLEY D. WEGER
                                                  Assistant United States Attorney

Dated: June 6, 2025                        By:    /s/ JESSICA T. ARENA
                                                  JESSICA T. ARENA
                                                  Counsel for Plaintiff

                                    ORDER

It is so ordered.

Date:  June 6, 2025.                       _____
                                           SENIOR UNITED STATES DISTRICT JUDGE